**FILED**

**Apr 15, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff

    v.

REGINALD KEITH CANNON, JR.,

                  Defendant.

CASE NO. 1:22-MJ-00053-EPG

UNSEALING ORDER

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California on April 15, 2022, it is hereby ordered that the complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: April 14, 2022

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE