HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-mj-00053-EPG |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| REGINALD KEITH CANNON, JR., | ) ) | |
| *Defendant,* | ) ) ) | |

Defendant, Reginald Keith Cannon, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

On April 12, 2022, the government filed a Complaint against Mr. Cannon, charging him with being a felon in possession of a firearm in violation of 18 U.S.C. § 922 (g)(1).

Mr. Cannon submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel Darryl Young be promptly appointed *nunc pro tunc* as of April 15, 2022, to assist in advance of Mr. Cannon arraignment.

DATED: April 19, 2022       */s/ Eric V. Kersten*
                            ERIC V. KERSTEN
                            Assistant Federal Defender
                            Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Darryl Young *nunc pro tunc* as of April 15, 2022 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **April 19, 2022**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE